Opinion issued July
21, 2011.



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-09-00506-CV

____________

 








BARRY DWAYNE MINNFEE, Appellant

 

V.

 

STEPHANIE PROYOR AND FEDERAL BUREAU OF INVESTIGATION,
Appellees

 

 

On Appeal from the 400th District Court

Fort Bend County, Texas

Trial Court Cause No. 07-DCV-158888

 

 



MEMORANDUM OPINION








Appellant
Barry Dwayne Minnfee attempts to appeal from the trial court’s judgment signed February
4, 2009.  This Court’s records indicate
that appellant’s notice of appeal on the merits of the underlying cause filed
in the trial court on May 8, 2009, and all subsequent motions filed in this
cause, may not have been served on all parties to the proceeding.  See
Tex. R. App. P. 9.5(a).  

On May
16, 2011, we notified appellant that his appeal was subject to dismissal for failure
to comply with the Rules of Appellate Procedure unless, by May 31, 2011, he provided
this Court with proofs of service of all documents on all parties.  Appellant filed a response, but did not provide
the required proofs of service. 

Accordingly,
we dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b), (c), 43.2(f).  All pending motions are dismissed as moot.

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices Sharp
and Brown.